U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 0 3 2003

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

JOHN ROBERT HITE, ET AL     NO. CV02-2266-LC

VERSUS     JUDGE : TRIMBLE

IMMUNEX CORPORATION, ET AL     MAG. JUDGE: WILSON

### REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS IMMUNEX CORPORATION AND WYETH INC.

Immunex Corporation and Wyeth Inc. (collectively, "Defendants") respectfully submit this Reply Brief in support of their Motions to Dismiss. Plaintiffs John Robert Hite and Terry Ann Hite ("Plaintiffs") concede in their Memorandum in Opposition to Rule 12(b)(6) Motion to Dismiss Filed by Immunex Corporation and Wyeth Inc. ("Opposition") that their strict liability, negligence, fraudulent misrepresentation, concealment, breach of implied warranty, adulteration and/or misbranding, redhibition and fear of future injury claims should be dismissed under Louisiana law. Opposition at 2. As to this point, all the parties are in agreement.

However, plaintiffs now claim that Missouri, not Louisiana, law should govern their claims. Yet, plaintiffs' complaint contains no allegations of fact that support the application of Missouri law.

In support of their contention that Missouri law is applicable here, plaintiffs state in their Opposition that, "Mr. Hite's injuries and damages began



717677-1

while he was a resident of the state of Missouri." Opposition at 3. Yet, plaintiffs reference nothing in their Complaint that supports this representation. Complaint ¶ 11.[1] Moreover, plaintiffs' Complaint was filed in Louisiana, cites to Louisiana statutes, such as the Louisiana Products Liability Act, and pleads causes of action unique to Louisiana law, such as redhibition. For all these reasons, defendants based their Motions to Dismiss on Louisiana law. It is improper for plaintiffs, after being served with the Motions to Dismiss, to abandon the Complaint as filed and to oppose the Motions to Dismiss on the basis of representations of facts unsupported by any allegations of fact contained in their Complaint. See e.g., Baker v. Putnal, 75 F.3d 190, 196 (5th Cir. 1996) (stating that "the court may not look beyond the pleadings" in ruling on a motion to dismiss); Kunzweiler v. Zero.Net, Inc., 2002 WL 1461732, *18 (N.D.Tex. 2002) ("Plaintiff's Supplemental Response will not be considered by the Court because it seeks to add new facts to the Complaint . . . . Factual allegations in a brief are not to be considered on a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6).").

If plaintiffs want to pursue claims under Missouri law, they should be required to amend their Complaint to plead the facts necessary to support application of Missouri law and to identify the specific claims they are attempting to bring under Missouri law. As it now stands, the Complaint does neither.

---

[1] The only mention of Missouri law in the complaint is contained in paragraph 31, which states: "In the alternative, plaintiffs' claims may be governed by any and all applicable laws of the State of Missouri." Complaint ¶ 31.

717677-1

For the foregoing reasons, defendants respectfully request that their Motions to Dismiss be granted. However, defendants do not oppose the plaintiffs' request for leave to file an amended complaint to attempt to assert a basis for the application of Missouri law.

Dated: April 3, 2003

Respectfully submitted,

By: /s/ G. William Jarman
G. William Jarman (Bar Roll No. 7238)
Glenn M. Farnet (Bar Roll No. 20185)
KEAN, MILLER, HAWTHORNE,
   D'ARMOND McCOWAN &
   JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Fax: (225) 388-9133

Of Counsel:

Mark D. Gately
Hogan & Hartson L.L.P.
111 South Calvert Street
Baltimore, MD 21202
(410) 659-2700

Michael L. Kidney
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600

Attorneys for Immunex Corp.

717677-1

Respectfully submitted,

*Ann DeGroff Levine*
HENRI WOLBRETTE, III (13631)
KATHLEEN A. MANNING (9101)
ANN DE GROFF LEVINE (21717)
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
ATTORNEYS FOR WYETH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 3rd day of April, 2003.

_____
G. William Jarman

717677-1

# Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| BATON ROUGE<br>NEW ORLEANS<br>COVINGTON<br>LAKE CHARLES<br>PLAQUEMINE | TWENTY-SECOND FLOOR<br>ONE AMERICAN PLACE<br>BATON ROUGE, LOUISIANA 70825<br><br>MAILING ADDRESS<br>POST OFFICE BOX 3513<br>BATON ROUGE, LOUISIANA 70821-3513 | TELEPHONE: (225) 387-0999<br>FACSIMILE: (225) 388-9133<br>www.keanmiller.com<br><br>GLENN FARNET<br>Direct Dial:(225) 382-3431<br>Glenn.Farnet@keanmiller.com<br>Partner |

RECEIVED
APR 0 3 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

April 2, 2003

**VIA FEDERAL EXPRESS**

Honorable Robert H. Shemwell
Clerk of Court
United States District Court
Western Division of Louisiana
800 Lafayette Street, Suite 2100
Lafayette, Louisiana 70501

 RE:  *John Robert Hite, et ux v. Immunex Corporation, et al*
    Civil Action No. CV02-2266-LC
    File No.: 17102-0

Dear Mr. Shemwell:

 Enclosed please find the original and two copies of a Reply Brief in Support of Motion to Dismiss of Immunex Corporation and Wyeth Inc. to be filed in the above matter. Please file the original and one copy into the record and then stamp a copy and return it to our office in the enclosed self-addressed, stamped envelope. done \ ncr—

 Thank you for your assistance in this matter. Please feel free to contact me should you have any questions.

 Very truly yours,

 Glenn M. Farnet

GMF:krk
Enclosures
cc: Mr. John McKay (w/encl.)
 Mr. Daniel E. Becnel, Jr. (w/encl.)
 Ms. Ann Levine (w/encl.)

689926_1