```
                                                          U. S. DISTRICT COURT
                                                       WESTERN DISTRICT OF LOUISIANA
                                                                 FILED

                                                              APR 17 2003

                                                       ROBERT H. SHEMWELL, CLERK
                                                       BY _____
                                                                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ROBERT HITE, et al. | : | DOCKET NO. 2:02-CV-2266 |
| VS. | : | JUDGE TRIMBLE |
| IMMUNEX CORPORATION, et al. | : | MAGISTRATE JUDGE WILSON |

### MEMORANDUM RULING

Presently before the Court are the Motions to Dismiss brought by Defendants Immunex Corporation and Amgen, Inc., [doc. 8], and by Defendant Wyeth, Inc., [doc. 10] (collectively, the "Defendants"). Plaintiffs John Robert Hite and Terry Ann Hite, (the "Plaintiffs"), have opposed the Motion, [doc. 17], and Defendants Immunex Corporation and Wyeth, Inc. replied to the Plaintiffs' opposition, [doc. 22].

This case arises out of injuries allegedly suffered by the Plaintiffs as the result of the use of arthritis medication. The Plaintiffs' Complaint alleges a number of causes of action under Louisiana law. The Defendants moved to dismiss this case under Fed. R. Civ. P. 12(b)(6), on the grounds that the Plaintiffs had failed to state a claim upon which relief can be granted. The Plaintiffs now concede that under Louisiana law they have indeed failed to state a claim under Rule 12(b)(6).

However, the Plaintiffs contend that Missouri law, not Louisiana law, should be applied to this case, since the conduct that allegedly gave rise to the injury occurred in Missouri. Therefore, the Court will DISMISS this case WITHOUT PREJUDICE, so that the Plaintiffs may



re-file the case in a Missouri court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17th day of April, 2003.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 4/21/03
BY: PAM
TO: McKay
Beene
Farnet
Godely
Kidney
Levine
JTT/RH
JB

2