```
                                    U. S. DISTRICT COURT
                                  WESTERN DISTRICT OF LOUISIANA
                                            FILED
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

APR 17 2003

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN ROBERT HITE, et al. | : | DOCKET NO. 2:02-CV-2266 |
| VS. | : | JUDGE TRIMBLE |
| IMMUNEX CORPORATION, et al. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to a Memorandum Ruling of this date,

    IT IS ORDERED, ADJUDGED AND DECREED that this case is hereby DISMISSED WITHOUT PREJUDICE.

    THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17th day of April, 2003.

JUDGMENT ENTERED
April 21, 2003
BY _____
COPY _____

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

